ALLISON L. S. STERN, complainant-appellant,

*v.*

HELEN VOGEL STERN, defendant-respondent.

[Submitted February 17th, 1933. Decided April 28th, 1933.]

*Mr. Merritt Lane,* for the appellant.

*Mr. Ralph E. Lum,* for the respondent.

PER CURIAM.

The decree under review will be affirmed, for the reasons given in the opinion of Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.